No. 71–700. PAIEWONSKY v. PAIEWONSKY. C. A. 3d Cir. Certiorari denied. ▆

No. 71–704. SCHANBARGER v. KELLOGG ET AL. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied. ▆

No. 71–706. BUCKLEY ET AL. v. GIBNEY, DEPUTY DISTRICT DIRECTOR OF IMMIGRATION AND NATURALIZATION SERVICE, ET AL. C. A. 2d Cir. Certiorari denied. ▆

No. 71–707. ARIZONA STATE DEPARTMENT OF PUBLIC WELFARE v. DEPARTMENT OF HEALTH, EDUCATION, AND WELFARE ET AL. C. A. 9th Cir. Certiorari denied. ▆

No. 71–710. SCHARFMAN v. UNITED STATES. C. A. 2d Cir. Certiorari denied. ▆

No. 71–712. BRIDGES ET AL. v. DAVIS ET AL. C. A. 9th Cir. Certiorari denied. ▆

No. 71–719. BRADLEY LUMBER Co., INC. v. SHARPE ET AL. C. A. 4th Cir. Certiorari denied. ▆

No. 71–721. FREEMAN v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 71–722. AUSTIN v. BERRY BROTHERS OIL FIELD SERVICE, INC., ET AL. C. A. 5th Cir. Certiorari denied. ▆

No. 71–727. REGISTER ET AL. v. GEORGIA. Ct. App. Ga. Certiorari denied. ▆